**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In Re:<br><br>GILBERTO NEGRON FRANCESCHINI<br>AMANDA ROCHE RODRIGUEZ<br><br>Debtor(s) | Case No.: 11-01500(SEK)<br><br>Chapter 13 |

**TRUSTEE'S POSITION AS TO DEBTORS' REQUEST**
**TO RETAIN 2010 TAX REFUND**

TO THE HONORABLE COURT:

**NOW COMES** José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

1. Debtors are requesting to retain their 2010 tax refund of **$4,358.00** to cover some unexpected expenses. **Docket #32**

2. After reviewing debtors' income and expenses listed in schedules the Trustee has **no opposition** to debtors Request to **retain $2,674.30 of the tax refund** received for year 2010, **$1,684.06 will be sent to the Chapter 13 plan**, and subsequent tax refunds should be devoted to the plan to maximize the repayment to creditors.

**WHEREFORE**, the Trustee respectfully requests this Honorable Court that it takes note of the above, and for such other and further relief as provided by law.

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail **on**

**this same date to:** the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective address of record as they appear in the attached master address list to the address of record, if not an ECFS register user.

In San Juan, Puerto Rico this **18th day** of July, 2011.

                                                **/s/ José R. Carrion**
                                                JOSE R. CARRION
                                                CHAPTER 13 TRUSTEES
                                                P.O. Box 9023884
                                                Old San Juan Station
                                                San Juan, P.R. 00902-3884
                                                Tel (787) 977-3535
                                                Fax (787) 977-3550

11-01500-SEK          CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR  00919-3677 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | GILBERTO NEGRON FRANCESCHINI<br>PO BOX 10105<br>HUMACAO, PR  00792-1120 |
| AMERICAN EXPRESS<br>PO BOX 47455<br>JACKSONVILLE, FL  32247-7455 | AMERICAN EXPRESS TRS/LATIN AMERICAN DIV<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 |
| BACK BOWL I, LLC<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124 | BACK BOWL I, LLC<br>C/O WEINSTEIN & RILEY<br>2001 WESTERN AVE STE 400<br>SEATTLE, WA  98121 |
| BANCO POPULAR DE PR<br>PO BOX 70100<br>SAN JUAN, PR  00936-8100 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR  00936 |
| BANCO SANTANDER<br>PO BOX 362589<br>SAN JUAN, PR  00936-2589 | BANK OF AMERICA<br>PO BOX 53132<br>PHOENIX, AZ  85072-3132 |
| CRIM<br>ASESORAMIENTO LEGAL<br>PO BOX 195387<br>SAN JUAN, PR  00919-5387 | DEPARTAMENTO DE EDUCACION<br>DIVISION DE NOMINAS<br>PO BOX 190759<br>SAN JUAN, PR  00919-0759 |
| RECOVERY MANAGEMENT SYSTEMS CORP<br>C/O RAMESH SINGH<br>25S SE 2ND AVE SUITE 1120<br>MIAMI, FL  33131-1605 | RG PREMIER BANK OF PR NOW PART OF SCOTIABANK DE<br>C/O ISMAEL H HERRERO III<br>PO BOX 362159<br>SAN JUAN, PR  00756 |
| SALLIE MAE PC TRUST<br>220 LASLEY AVE<br>WILKES BARRE, PA  18706 | SOUTHERN CALIFORNIA EDISON CO<br>300 N LONE HILL AVE<br>SAN DIMAS, CA  91773 |
| TOYOTA MOTOR CREDIT CORP<br>PO BOX 366251<br>SAN JUAN, PR  00936-6251 | UNEMPLOYMENT<br>, PR  00000 |

| | |
|---|---|
| US DEPARTMENT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE, TX  75403 | US DEPARTMENT OF EDUCATION<br>PO BOX 530260<br>ATLANTA, GA  30353-0260 |
| VERIZON<br>PO BOX 7367<br>SAN JUAN, PR  00936-8367 | WELLS FARGO BANK NA<br>4137 121ST STREET<br>URBANDALE, IA  50323 |
| WELLS FARGO BANK NA<br>ATTN: REMITTANCE PROCESSING<br>PO BOX 14487<br>DES MOINES, IA  50306 | WELLS FARGO BANK NA RECOVERY DEPARTMENT<br>PO BOX 9210<br>DES MOINES, IA  50306 |

DATED:  July 18, 2011

Andres Manzano
OFFICE OF THE CHAPTER 13 TRUSTEE