IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

GILBERTO NEGRON FRANCESCHINI
AMANDA ROCHE RODRIGUEZ

DEBTORS

CASE NO 11-01500/MCF

CHAPTER 13

### DEBTORS' MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329

TO THE HONORABLE COURT:

NOW COME, GILBERTO NEGRON FRANCESCHINI and AMANDA ROCHE RODRIGUEZ, through the undersigned attorney, and very respectfully state and pray as follows:

1. The debtors are hereby submitting a post-confirmation modification of Chapter 13 Plan, 11 USC Section 1329, dated June 18, 2013, herewith and attached to this motion.

2. This Plan modification is filed to increase monthly Plan payments since debtors will be having an increment in their "disposable income" for the reason that they have paid off their car loan.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)(2)(b)

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtors and to all creditors and interested parties appearing in the master address list, hereby attached.

Page 2
Case no. 11-01500/MCF
Post confirmation modification of chapter 13 Plan

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 18th day of June, 2013.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC 203614
ATTORNEY FOR PETITIONERS
PO BOX 193677
SAN JUAN PR 00919-3677
TEL 787-744-7699 FAX NO 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

United States Bankruptcy Court
**District of Puerto Rico**

IN RE:  Case No. **11-01500-13**

**NEGRON FRANCESCHINI, GILBERTO & ROCHE RODRIGUEZ, AMANDA**    Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **6/18/2013**          ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION          Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 100.00 x | 12 = $ | 1,200.00 |
| $ | 450.00 x | 3 = $ | 1,350.00 |
| $ | 750.00 x | 12 = $ | 9,000.00 |
| $ | 825.00 x | 33 = $ | 27,225.00 |
| $ | x | = $ | |

TOTAL: $ **38,775.00**

Additional Payments:
$ **116,209.26** to be paid as a LUMP SUM within **36 months** with proceeds to come from:

☑ Sale of Property identified as follows:
**Residential Property located at Santa Isidra, B Avenue in Fajardo, Puerto Rico.**

☑ Other:
**Tax refund 2011 $1,684.26**

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **154,984.26**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,674.00**

Signed: **/s/ GILBERTO NEGRON FRANCESCHINI**
Debtor

**/s/ AMANDA ROCHE RODRIGUEZ**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D**  Cr. _____  Cr. _____
# **Claim 16**  # _____  # _____
$ **45.00**  $ _____  $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**TOYOTA MOTOR CR    BANCO POPULAR D**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
CRIM: $6,143.00
Debtor(s) will pay GENERAL UNSECURED in full (100% + 6% interest per annum), under chapter 13 plan.
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**    Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

NEGRON FRANCESCHINI, GILBERTO
PO BOX 10105
HUMACAO, PR 00792-1120

SALLIE MAE
PO BOX 9500
WILKES BARRE, PA 18773-9500

ROCHE RODRIGUEZ, AMANDA
PO BOX 10105
HUMACAO, PR 00792-1120

SOUTHERN CALIFORNIA EDISON
PO BOX 64100
RANCHO CUCAMONGA, CA 91729-6400

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677

TOYOTA MOTOR CREDIT CORP
PO BOX 2730
TORRANCE, CA 90509-2730

AMERICAN EXPRESS
PO BOX 47455
JACKSONVILLE, FL 32247-7455

US DEPARTMENT OF EDUCATION
501 BLEECKER ST.
UTICA, NY 13501

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR 00936-8100

VERIZON
PO BOX 7367
SAN JUAN, PR 00936-8367

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR 00936-2589

WELLS FARGO BANK
1250 MONTEGO
WALNUT CREEK, CA 94598-2820

BANK OF AMERICA
PO BOX 53132
PHOENIX, AZ 85072-3132

CRIM
ASESORAMIENTO LEGAL
PO BOX 195387
SAN JUAN, PR 00919-5387

FIRST BANK
PO BOX 19327
SAN JUAN, PR 00910-1427

RG PREMIER BANK
PO BOX 2510
GUAYNABO, PR 00970-2510