IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>GILBERTO NEGRON FRANCESCHINI<br>AMANDA ROCHE RODRIGUEZ<br><br>DEBTORS | CASE NO. 11-01500/MCF<br><br>CHAPTER 13 |

DEBTORS' REPLY TO AMENDED TRUSTEE'S UNFAVORABLE REPORT
ON PROPOSED POST CONFIRMATION PLAN MODIFICATION, DOCKET NO. 90

TO THE HONORABLE COURT:

**NOW COME,** GILBERTO NEGRON FRANCESCHINI and AMANDA ROCHE RODRIGUEZ, debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. The Chapter 13 Trustee filed an amended unfavorable report on proposed post confirmation Plan modification, docket no. 90, dated August 15, 2013.

2. On August 26, 2013, the debtors submitted evidence of being current in his Domestic Support Obligation to the Trustee, as requested.

4. With this information debtors respond to the *Amended Trustee's Unfavorable Report on Proposed Post Confirmation Plan Modification*, docket no. 90, dated August 15, 2013.

**WHEREFORE** debtors respectfully pray that amended Trustee's unfavorable recommendation be denied.

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service

Page -2-
Reply to Amended Trustee's unfavorable report
Case no. 11-01500/MCF

copy of this motion to the following participants: debtors, Gilberto Negron Franceschini and Amanda Roche Rodriguez, in the above captioned case.

**RESPECFULLY SUBMITTED**. In San Juan, Puerto Rico, this 26th day of August, 2013.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
PO BOX 186
CAGUAS PR 00726-0816
TEL (787)744-7699 FAX (787)746-5294
EMAIL: rfigueroa@rfclawpr.com